THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD CROMWELL, Appellant. [741 NYS2d 478] —Appeal from a judgment of Oneida County Court (Donalty, J.), entered March 16, 2000, convicting defendant upon his plea of guilty of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Pursuant to a negotiated plea agreement that included the waiver of his right to appeal, defendant pleaded guilty to criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]) in full satisfaction of the charges against him and was sentenced as a second felony offender to an indeterminate term of incarceration of 7 to 14 years. By failing to move to withdraw the plea or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that County Court abused its discretion in accepting his plea because it included a waiver of the right to appeal (*see generally People v Hobart,* 286 AD2d 916, 916, *lv*

*denied* 97 NY2d 683). The challenge of defendant to the severity of the sentence is encompassed by his waiver of the right to appeal (*see People v Hidalgo*, 91 NY2d 733, 737). In any event, the sentence is not unduly harsh or severe. Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.